IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**PATRICK LLOYD, a.k.a. "Problem,"** )<br>**"Prob," "P," and** )<br>**MICHAEL SPENCER," a.k.a. "DON,"** )<br>)<br>**Defendant.** ) | Criminal No.   8:13-CR-296 (GLS)<br><br>**Government's Proposed Verdict Form** |

The United States of America, by and through its counsel of record, the United States of Attorney for the Northern District of New York, herby files its proposed verdict form.

Dated: August 3, 2015

Respectfully submitted,

RICHARD S. HARTUNIAN
United States Attorney

By:  /s/ Katherine Kopita
Katherine Kopita
Cyrus P.W. Rieck
Assistant United States Attorneys
Bar Roll Nos. 517944 and 518933

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:13-CR-296 (GLS) |
| | ) | |
| v. | ) | |
| | ) | |
| **PATRICK LLOYD, a.k.a. "Problem,"** | ) | |
| **"Prob," "P,"** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. THE QUESTIONS MUST BE ANSWERED UNANIMOUSLY.**

We, the jury, unanimously find as follows:

### COUNT 1

(1)   **Count One (1): Conspiracy to Distribute and/or Possess with the Intent to Distribute a Controlled Substance [21 U.S.C. §§ 846 & 841(a)(1)].**

As for Count One (1) of the Indictment against defendant Patrick Lloyd, how do you, the jury find?

Guilty:_____   Not Guilty: _____

**IF YOUR VERDICT ON COUNT ONE (1) IS GUILTY, YOU MUST ANSWER THE FOLLOWING QUESTIONS:**

**(A)(i)**   Was the amount of heroin defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy 1 kilogram or more?

Yes: _____   No: _____

If your answer is yes, proceed to (B)(i).  If your answer is no, proceed to (A)(ii).

**(ii)**   Was the amount of heroin defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy 100 grams or more but less than 1 kilogram?

Yes: _____   No: _____

If your answer is yes, proceed to (B)(i).  If your answer is no, proceed to (A)(iii).

**(iii)** Was the amount of heroin defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy less than 100 grams?

Yes: _____   No: _____

Proceed to (B)(i).

**(B)(i)** Was the amount of cocaine base (crack) defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy 280 grams or more?

Yes: _____   No: _____

If your answer is yes, proceed to (C)(i).  If your answer is no, proceed to (B)(ii).

**(ii)** Was the amount of cocaine base (crack) defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy 28 grams or more but less than 280 grams?

Yes: _____   No: _____

If your answer is yes, proceed to (C)(i).  If your answer is no, proceed to (B)(iii).

**(iii)** Was the amount of cocaine base (crack) defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy less than 28 grams?

Yes: _____   No: _____

Proceed to (C)(i).

**(C)(i)** Was the amount of cocaine defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy 500 grams or more?

Yes: _____   No: _____

If your answer is yes, your deliberations with respect to Count 1 against defendant Patrick Lloyd are complete and you should proceed to Count 2.  If your answer is no, proceed to (C)(ii)

**(ii)** Was the amount of cocaine defendant Patrick Lloyd reasonably could have foreseen as being involved in the conspiracy less than 500 grams?

Yes: _____   No: _____

Proceed to Count 2.

## COUNT 2

**(2)     Count Two (2): Possession of a Firearm in Furtherance of a Drug Trafficking Crime [18 U.S.C. § 924(c)(1)(A)].**

As for Count Two (2) of the Indictment against defendant Patrick Lloyd, how do you, the jury find?

Guilty:_____     Not Guilty: _____

Dated: _____

So say we all,

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:13-CR-296 (GLS) |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL SPENCER," a.k.a. "DON,"** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. THE QUESTIONS MUST BE ANSWERED UNANIMOUSLY.**

We, the jury, unanimously find as follows:

### COUNT 1

**(1)    Count One (1): Conspiracy to Distribute and/or Possess with the Intent to Distribute a Controlled Substance [21 U.S.C. §§ 846 & 841(a)(1)].**

As for Count One (1) of the Indictment against defendant Michael Spencer, how do you, the jury find?

Guilty:_____    Not Guilty: _____

**IF YOUR VERDICT ON COUNT ONE (1) IS GUILTY, YOU MUST ANSWER THE FOLLOWING QUESTIONS:**

**(A)(i)**   Was the amount of heroin defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy 1 kilogram or more?

Yes: _____    No: _____

If your answer is yes, proceed to (B)(i).  If your answer is no, proceed to (A)(ii).

**(ii)**   Was the amount of heroin defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy 100 grams or more but less than 1 kilogram?

Yes: _____    No: _____

If your answer is yes, proceed to (B)(i).  If your answer is no, proceed to (A)(iii).

**(iii)** Was the amount of heroin defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy less than 100 grams?

Yes: _____    No: _____

Proceed to (B)(i).

**(B)(i)** Was the amount of cocaine base (crack) defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy 280 grams or more?

Yes: _____    No: _____

If your answer is yes, proceed to (C)(i).  If your answer is no, proceed to (B)(ii).

**(ii)** Was the amount of cocaine base (crack) defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy 28 grams or more but less than 280 grams?

Yes: _____    No: _____

If your answer is yes, proceed to (C)(i).  If your answer is no, proceed to (B)(iii).

**(iii)** Was the amount of cocaine base (crack) defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy less than 28 grams?

Yes: _____    No: _____

Proceed to (C)(i).

**(C)(i)** Was the amount of cocaine defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy 500 grams or more?

Yes: _____    No: _____

If your answer is yes, your deliberations with respect to Count 1 against defendant Michael Spencer are complete and you should proceed to Count 2.  If your answer is no, proceed to (C)(ii)

**(ii)** Was the amount of cocaine defendant Michael Spencer reasonably could have foreseen as being involved in the conspiracy less than 500 grams?

Yes: _____    No: _____

Proceed to Count 2.

## COUNT 2

**(2)** **Count Two (2): Possession of a Firearm in Furtherance of a Drug Trafficking Crime [18 U.S.C. § 924(c)(1)(A)].**

As for Count Two (2) of the Indictment against defendant Michael Spencer, how do you, the jury find?

        Guilty:_____   Not Guilty: _____

Dated: _____

        So say we all,

        _____
        Foreperson